NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

—————————

**RPOST INTERNATIONAL LIMITED,**
*Appellant*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Cross-Appellant*

—————————

2014-1497, 2014-1501

—————————

Appeals from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Nos. 91158431, 91158514, 92043665, and 92044260.

—————————

## JUDGMENT

—————————

HENRY BEN-ZVI, Ben-Zvi & Associates, Santa Monica, CA, argued for appellant.

KIMBERLY ANNE DEMARCHI, Lewis Roca Rothgerber LLP, Phoenix, AZ, argued for cross-appellant. Also represented by SHANE E. OLAFSON.

—————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (CHEN, BRYSON, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  April 10, 2015  | /s/  Daniel  E.  O'Toole |
| :---: | :--- |
| Date | Daniel E. O'Toole |
|  | Clerk of Court |